IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOMS VARKEY and ANNIE JOSHUA | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Case No. 4:11CV586 |
| | § | |
| CLARK ROAD TRANSPORT, INC., | § | |
| MOLDED FIBER GLASS COMPANIES, | § | |
| L.P. and GREGORY BONHOMME | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Molded Fiber Glass Companies, L.P.'s Motion for Summary Judgment (Dkt. 34) be GRANTED and Plaintiffs take nothing by their claims against Defendant Molded Fiber Glass Companies, L.P.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Molded Fiber Glass Companies, L.P.'s Motion for Summary

Judgment (Dkt. 34) is GRANTED and Plaintiffs shall take nothing by their claims against Defendant Molded Fiber Glass Companies, L.P.

Plaintiffs' claims against Defendants Clarke Road Transport, Inc., and Gregory Bonhomme in this matter shall remain pending.

**IT IS SO ORDERED.**

**SIGNED this the 26th day of November, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE